No. 57544.—Arthur Doniger Paper Co., Inc v. United States, protests 191344–K, etc. (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of paper napkins similar in all material respects to those the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 15, 1953

No. 57545.—Hawaii Liquor Co., Ltd., and Hawaiian Oke & Liquors, Ltd. v. United States, protests 115495–K and 116452–K (San Francisco).

Opinion by Ekwall, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.